UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CRUISE ABACO, LLC,

    Plaintiff,

v.                                                     CASE NO.: 6:23-CV-01096-PGB-EJK

COBY LAKE and JERRY LAKE,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, Cruise Abaco, LLC and Defendants, Coby Lake and Jerry Lake, pursuant to Local Rule 3.09, jointly inform the Court that the parties have reached an agreement to resolve this action. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate stipulations to the Court regarding dismissal of the Action.

    The parties are now in the process of memorializing the confidential agreement that resolves all claims that were or could have been brought in this action. The parties expect to submit a joint notice of dismissal *with* prejudice within 30 days of the date of this Joint Notice.

Respectfully submitted on this 20th day of December, 2023.

| | |
|---|---|
| */s/ Jules V. Massee* | */s/ Trevor B. Arnold* |
| JULES V. MASSEE | TREVOR B. ARNOLD, ESQ. |
| Florida Bar No. 41554 | Florida Bar No.: 545902 |
| jmassee@hamiltonmillerlaw.com | trevor.arnold@gray-robinson.com |
| SAMANTHA K. PEARCE | ylana.palmer@gray-robinson.com |
| Florida Bar No.: 1013550 | lisandra.acosta@gray-robinson.com |
| spearce@hamiltonmillerlaw.com | T. TODD PITTENGER, ESQ. |
| HAMILTON, MILLER & BIRTHISEL, LLP | Florida Bar No.: 768936 |
| | todd.pittenger@gray-robinson.com |
| | maryann.hamby@gray-robinson.com |
| 100 S. Ashley Drive, Suite 1210 | KELLY GARCIA, ESQ. |
| Tampa, Florida 33602 | Florida Bar No. 0694851 |
| Tel: 813-223-1900 / Fax: 813-223-1933 | kelly.garcia@gray-robinson.com |
| SERVICE E-MAIL: | GrayRobinson, P.A. |
| JVMserve@hamiltonmillerlaw.com | 301 East Pine Street, Suite 1400 |
| *Counsel for Plaintiff, Cruise Abaco LLC* | Orlando, Florida 32801 |
| | Telephone: (407) 843-8880 |
| | Facsimile: (407) 244-5690 |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on December 20, 2023, a true and correct copy of the foregoing was filed through the CM/ECF system which will serve an electronic copy on all parties of record.

*/s/ Trevor B. Arnold*
TREVOR B. ARNOLD, ESQ.
Florida Bar No.: 545902