UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

**CASE NO: 6:23-cv-01096-PGB-EJK**

CRUISE ABACO LLC
     Plaintiff,

                                       IN ADMIRALTY

v.

COBY LAKE and JERRY LAKE
     Defendants,
_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

     Plaintiff, CRUISE ABACO LLC, and Defendants, COBY LAKE and JERRY LAKE, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims in the above-captioned lawsuit with prejudice, with each party to bear its/his own attorneys' fees and costs.

[SIGNATURE BLOCK IS ON THE NEXT PAGE]

Respectfully submitted,

/s/ Jules V. Massee
**JULES V. MASSEE**
Florida Bar No. 41554
jmassee@hamiltonmillerlaw.com
**SAMANTHA K. PEARCE**
Florida Bar No.: 1013550
spearce@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
Tel: 813-223-1900
Fax: 813-223-1933
**SERVICE E-MAIL:**
JVMserve@hamiltonmillerlaw.com
*Counsel for Plaintiff, Cruise Abaco LLC*

/s/ Trevor B. Arnold
**TREVOR B. ARNOLD**
Florida Bar No.: 545902
trevor.arnold@gray-robinson.com
lisandra.acosta@gray-robinson.com
**T. TODD PITTENGER**
Florida Bar No.: 768936
todd.pittenger@gray-robinson.com
maryann.hamby@gray-robinson.com
**KELLY GARCIA**
Florida Bar No. 0694851
kelly.garcia@gray-robinson.com
clara.torres@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
*Counsel for Defendants Coby Lake and Jerry Lake*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **March 22, 2024**, the foregoing document is being filed with this Court and served on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Trevor B. Arnold
Attorney