# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**CRUISE ABACO LLC,**

      **Plaintiff,**

v.                          **Case No: 6:23-cv-1096-PGB-EJK**

**COBY LAKE and JERRY LAKE,**

      **Defendants.**

## ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice, filed March 22, 2024. (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Coby Lake and Jerry Lake are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 22, 2024.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties